*****Please be advised that the use of these forms may not be proper for your specific legal situation*****
****Please make an independent determination whether use of these forms is appropriate****

# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

Charles Anthony Dalzell

(Enter full name of each Plaintiff, above)

vs.

Officr Giants
Sydney George

(Enter full name of each Defendant, above)

§ § § § § § § § § § § § § § § § §

Civil Case No. **OOPS Sorry!** 34-2024-CV-00059
(To be assigned by Clerk of Court)

**JURY TRIAL DEMANDED** ☐ Yes ☒ No
(Check one)

## COMPLAINT

**I. JURISDICTION.** State the grounds for filing this case in Federal Court (include federal statutes or U.S. Constitutional provisions).

District Judge in Pembina County Lied about facts including my attorney, Extortion, Fraud, False Liens, Century codes, Filing False Liens with fake names, taking away NDCC 35-27-24.1 Causing me unbelievable stress, anger, @ Judge Kari Agotness ignored factual evidence for a year helping SAMPLE COMPLAINT the Criminal defendant remove her name from Real estate, vehicles and business owner titles so there was zero ways for my reimbursement

**II. PLAINTIFF.** For each Plaintiff list: name and address including City, County and State.

Charles Anthony Dalzell
425 park Street Saint Thomas ND 58276
Pembina County North Dakota

**III. DEFENDANT.** For each Defendant list: name and address including City, County and State.

Offcer Grants Sydney George
2700 Post Oak Blvd
Houston Texas 77056

**IV. CLAIM.** State the facts of your claim. Include the name of each person involved, dates and places. Be as specific as possible. Do not give any legal argument or cite any cases or statutes. Use additional sheets of paper if necessary.

July 31st 2023, Sydney George contacted Pembina County Courthouse and Knowingly filed a false lien on my home using made up names and missing 2 of the 3 owners names, clerk of court is about as incompetent as Judge Kari Agotness of in the Law for Liens on homes states the names on the Lien MUST match the Deed to the home this false lien also included extortion for money never owed. The Judge had ignored the fact my attorney proved the Lien invalid for 10 month's in order to help Sydney cost me my home and then denied that I even had an attorney even though the Judge had all of my Conversations with my attorney about the Lien including endings

**V. ADMINISTRATIVE PROCEDURES.** If applicable, state whether your claim was heard by any administrative agencies; the type of proceedings; the date and place of any proceedings; the outcome of any administrative proceedings.

Pembina County district court where I was misled by the clerk, the Judge Lied about facts, drug the case out for a year trying to cost me my home, Put me in Bankruptcy court Depriving me of my 14th amendment and in the End this costed me my Job, Credit, years off my Life, Bank account's and any trust I ever had for the Judicial system, Plus NDCC 35-27.24 Requires that I be Reimbursed any and all Damage's after Proving the Lien Invalid, All Denied for No reason

SAMPLE COMPLAINT 3

**VI. RELIEF.** State what you want the Court to do for you.

I want the Judge Kari Agotness removed from her duties because of complete lies from her about facts, dragging this out for a year then claiming It was only in court for a month and the 654,000$ It costed me to be repaid by The State immediately. Judge Agotness did nothing but help Sydney George cost me everything when I did nothing wrong to begin with then Judge Agotness denied me NDCC 35-27-24.1 totalling 654,000$ ~~this is~~

**VII. SIGNATURE.** Each Plaintiff must individually sign this complaint.

Signed this 26 day of August, 2024.

___Charles DeLeek___
Signature of Plaintiff

___Charles DeLeek___
Printed Name of Plaintiff

___427 Park Street___
Mailing Address

___Saint Thomas ND, 58276___
City, State, Zip Code

___701-360-0887___
Telephone Number of Plaintiff

_____
Signature of Plaintiff

_____
Printed Name of Plaintiff

_____
Mailing Address

_____
City, State, Zip Code

_____
Telephone Number of Plaintiff

**SAMPLE COMPLAINT**                                              4