OFFICE OF
# PEMBINA COUNTY CLERK / RECORDER
COURTHOUSE
Cavalier, North Dakota 58220-4100

**CLERK /RECORDER**
MELISSA MORDEN
301 Dakota St. W. #10, Cavalier, ND 58220
PHONE: (701) 265-4373

**DEPUTY CLERK /RECORDER**
PENNY KAREL
MONICA BRUSSEAU

July 10, 2024

Charles Dalzell
425 Park St.
St. Thomas, ND  58276

Re:   Non-Consensual Lien

Dear Mr. Dalzell:

I am hereby notifying you that the document declared as a non-consensual lien by the Court has been removed from the real estate records as ordered.  I have enclosed for you to keep for your records, the order that has been recorded in the real estate records, as well as the image that has replaced the document that has been removed.

Thank you.

Sincerely,

*Melissa Morden*
MELISSA MORDEN
Pembina County Clerk / Recorder

*[handwritten: 677698]*

*[handwritten: 666-540600]*

Enclosures

**262740**    Page 2 of 2
Pembina Co. Clerk Recorder Recorded: 8/3/2023 at 11:42 AM
Return To: OfferGiants LLC
2567 Buffalo Trail
Sugarland TX 77479-1639

State of Texas
__Harris__ County

THE FOREGOING INSTRUMENT was acknowledged before me this __31st__ day of __July__ 2023 by __Sydney George__ who is/are personally known to me OR has produced their TEXAS DRIVER'S LICENSE as identification, and is a Co-Owner and Manager of OfferGiants, LLC.

Name: __Daniel Rodriguez__
Notary Public, State of Texas

Commission # 130181970 - my commission expires: 04-21-27

Prepared by:



DANIEL E. RODRIGUEZ
Notary Public, State of Texas
Comm. Expires 04-21-2027
Notary ID 130181970

66800

713-774-8800

713-774-1353

274-8880

713-774-5800

713-368-2080

713-380-2500