Local AO 450 (rev. 1/23)

# United States District Court
### District of North Dakota

Charles Anthony Dalzell,

        Plaintiff,

v

Offer Giants and Sydney George,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  3:24-cv-173

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

It is ORDERED that his complaint, (Doc. 4), is DISMISSED. Because any appeal would be frivolous and could not be taken in good faith, it is further ORDERED that any appeal may not be taken in forma pauperis.

Date: November 5, 2024

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Bre Solberg Luedtke, Deputy Clerk*